IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTIAN ENRIQUEZ, individually,
and for others similarly situated,

            Plaintiff,

    v.

SUNDT CONSTRUCTION, INC.,

            Defendant.

Case No. 3:24-cv-01569-JR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Jolie A. Russo issued a Findings and Recommendation on June 11, 2026, in which she recommends that the Court grant Defendant's Amended Motion for Summary Judgment. F&R, ECF No. 60. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [60]. Accordingly, Defendant's Amended Motion for Summary Judgment [46] is GRANTED.

IT IS SO ORDERED.

DATED this  31st  day of July, 2026.

AMY M. BAGGIO
United States District Judge

2 – ORDER